UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VAN WELL NURSERY, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MONY LIFE INSURANCE COMPANY, et al., <br><br> Defendants. <br> _____ <br><br> MONY LIFE INS. CO., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> NATIONAL LICENSING ASSOC., LLC., <br><br> Third-Party Defendant. | NO. CV-04-0245-LRS <br><br> **ORDER OF DISMISSAL OF THIRD PARTY CLAIMS** |

Pursuant to stipulation of the parties (Ct. Rec. 220), third party plaintiff MONY Life Ins. Co.'s claims are dismissed with prejudice and without attorneys' fees or costs awarded to any party. The Clerk of the Court is directed to **close** this case.

DATED this 17th day of April, 2008.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL OF THIRD PARTY CLAIMS  ~ 1